UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IURII BABITSKII,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, Robert A. Deyton Detention Facility, et al.,<br><br>Respondents. | CIVIL ACTION NO.<br>1:26-CV-06943-JPB |

**ORDER**

This matter is before the Court on Petitioner's Verified Petition for Writ of Habeas Corpus [Doc. 1] and Motion for Preliminary Injunction [Doc. 2]. It is **HEREBY ORDERED** that the Clerk transmit a copy of the Petition [Doc. 1], the Motion [Doc. 2] and a copy of this Order by certified mail to Respondents and by ECF notification to the United States Attorney for the Northern District of Georgia, by delivery to the Civil Process Clerk's email box and to the United States Attorney's Office habeas email box.

Respondents are directed to **SHOW CAUSE** within **THREE DAYS** of the receipt of this Order why the Motion for Preliminary Injunction [Doc. 2] should not be granted. Petitioner is permitted to file a reply brief no later than three days following Respondents' response.

**SO ORDERED** this 20th day of November, 2026.

**J. P. BOULEE**
United States District Judge